UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN McDONNELL, | : | |
| | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | |
| | : | Civil Action No. 03-1999 |
| | : | |
| v. | : | |
| | : | |
| ENGINE DISTRIBUTORS | : | |
| | : | **ORDER** |
| Defendant. | : | |

This matter having come before the Court on Defendant Engine Distributors's Motion for Reconsideration [51], and Plaintiff John McDonnell's Motion for Entry of Judgment and for Civil Contempt [52]; the Court having considered the parties' submissions; and for good cause shown;

**IT IS THIS** 24th day of September, 2007 hereby

**ORDERED** that Defendant's Motion for Reconsideration [51] is **DENIED** as set forth in the accompanying opinion;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Judgment and for Civil Contempt [52] is **GRANTED IN PART AND DENIED IN PART** as set forth in the accompanying opinion.

/S/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ
United States District Judge